IN THE UNITED STATES DISTRICT COURT
IN AND FOR DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AARON JENSEN,<br><br>      Plaintiff,<br><br>v.<br><br>WEST JORDAN CITY, a Utah municipal corporation,<br><br>      Defendant. | **JUDGMENT**<br><br>Case No. 2:12-cv-00736<br><br>Judge Dale A. Kimball |

      This action was tried by a jury from June 12-21, 2017, the Honorable Dale A. Kimball presiding. In accordance with the rulings of the court, the verdict entered by a jury, and the applicable statutory cap (42 U.S.C. § 1981a(b)(3)), **IT IS ORDERED AND ADJUDGED THAT** judgment be and hereby is entered comprised of the following:

1. Aaron Jensen recover from West Jordan City the amount of Three Hundred Thousand Dollars ($300,000), pursuant to 42 U.S.C. § 1981a(b)(3), on his Title VII claim.

2. Aaron Jensen recover from West Jordan City the amounts of Four Thousand Dollars ($4,000) in economic damages and Five Thousand Dollars ($5,000) in non-economic damages on his Section 1983 claim for malicious prosecution.

3. Aaron Jensen recover from West Jordan City the amounts of Four Thousand Dollars ($4,000) in economic damages and Five Thousand Dollars ($5,000) in non-economic damages on his Section 1983 claim for free speech retaliation.

4. Aaron Jensen recover from West Jordan City the amount of Four Thousand Dollars ($4,000) in damages on his claim for breach of the settlement agreement.

5. Aaron Jensen recover from West Jordan City the amount of Four Thousand Dollars ($4,000) in damages on his claim for breach of the covenant of good faith and fair dealing in the settlement agreement.

6. Aaron Jensen recover from West Jordan City the amount of Four Thousand Dollars ($4,000) in damages on his claim for breach of the negotiated settlement agreement.

7. Aaron Jensen recover from West Jordan City the amount of Four Thousand Dollars ($4,000) in damages on his claim for breach of the covenant of good faith and fair dealing in the negotiated settlement agreement.

8. Aaron Jensen is also entitled to reasonable costs and attorney's fees, to be submitted to the court pursuant to DUCivR 54-2 and Federal Rule of Civil Procedure 54(d).

9. Judgment is entered in favor of West Jordan City on all other claims asserted in the complaints, as amended, filed in this case.

Based on the foregoing, **IT IS ORDERED AND ADJUDGED THAT** Aaron Jensen recover from West Jordan City the amount of $334,000 plus costs and attorney's fees to be submitted to the court pursuant to DUCivR 54-2 and Federal Rule of Civil Procedure 54(d).

DATED this 5th day of July, 2017.

BY THE COURT

_Dale A. Kimball_
The Honorable Dale A. Kimball